**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NEYSON ESMART LOPEZ MARTINEZ,

Petitioner,

v.

JOSHUA JOHNSON, ET AL.,

Respondents.

Case No. 5:26-cv-04951-AJR

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner Neyson Esmart Lopez Martinez (A# 245-269-305) ("Petitioner") from custody (subject only to those conditions of release in place prior to his July 26, 2026 re-detention, if any) and return any confiscated property and documents upon release. Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1226 without providing at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or

a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community. The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard. Respondents shall file a notice of compliance **within three days**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 21, 2026

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE